UST-32, 3-99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| HALLER, DAVID BRUCE | ) | Case No. 09-00974 PHX CGC |
| HALLER, NICCHIA | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 114 | 09/22/2010 | U.S. DEPARTMENT OF EDUCATION<br>P.O. BOX 65128<br>SAINT PAUL, MN 55165-5128 | $1,412.75 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $ 1,412.75 to the Clerk of the Court to be deposited in the Registry thereof.

January 13, 2011                           /s/ Roger W. Brown
Date                                       Roger W. Brown, Trustee